**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Morse Wholesale Paper Co

**Debtor(s)**

Case No.: 07–36377

Chapter: 7

*ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Rodney D Tow is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 5/4/11

KAREN K BROWN
United States Bankruptcy Judge